Exhibit A to the Complaint

**Location:** Charlotte, NC

**Total Works Infringed:** 96

**IP Address:** 69.132.6.88

**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 80D6173BD1625EE21DF3A4F238AD2588B2D42294<br>File Hash:<br>C0EEE674D5364FC0E15B648596549BEFAE1BD573DC5FF852351AE504420B7507 | 04-12-2023 18:36:53 | Blacked Raw | 04-09-2023 | 05-14-2023 | PA0002411278 |
| 2 | Info Hash: 10976E0245DE5FFAD9208CA36265E2638FDC16A9<br>File Hash:<br>6340F2F1C4CA8BBCE26131EB044A02CC9AA0E4E7755B6715CB1F09202043D6B5 | 03-19-2023 02:54:45 | Tushy | 03-12-2023 | 04-07-2023 | PA0002405752 |
| 3 | Info Hash: D02A465AEC6DC519DB8187B9D188B080689F0B49<br>File Hash:<br>D02C79DC99A96C659AEE4EF023DD6DC178106C6F52E8E26071FFB7D22FED2C2A | 01-02-2023 17:01:49 | Slayed | 07-05-2022 | 07-21-2022 | PA0002367492 |
| 4 | Info Hash: E12FF3F313842E2F77EC08C5A3D804F608AB1116<br>File Hash:<br>BE61C07B258B1FCEBBDE344FB23D51C8E6A1AB2FDE7926DB25DA716090CE99BD | 12-19-2022 16:24:18 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 5 | Info Hash: 309F240E81331B164D00D430992E7297B762B759<br>File Hash:<br>F3142C0C225CEC7741C4A69BC724F1DF9A1CD1D8B6ACEFA76DCD8ED3A10894F0 | 12-17-2022 15:20:44 | Vixen | 12-09-2022 | 02-21-2023 | PA0002401000 |
| 6 | Info Hash: 13CF4D7DEA556EEB7D06BEC1F4CDD68D9120FD60<br>File Hash:<br>6E197A2A144C50D89DF75945AD1DB96E5AF4ADA6878DC8A89DDD35F77BEAEE83 | 12-17-2022 15:05:15 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |
| 7 | Info Hash: EAB2397384B19AA89B987261808AB979F962822E<br>File Hash:<br>6603E3B54B2503DA948AB6D6F05E3CE18E3220BD3E45F2EF217F231364844512 | 11-27-2022 18:51:52 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 8 | Info Hash: 3D12C142E56A6E39459711907ACDD5A07DA03127<br>File Hash:<br>DBC642F9DE43810227B6EDE773175652DD06978B99E6B302A7F07C9F2EAEBD77 | 11-21-2022 12:52:08 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 9 | Info Hash: D9AB0A49CA29AA5CC6A9711F57728DF11900443D<br>File Hash:<br>612EB7ABF107081198F9583BEE843C2DFBDE916A6F5510B8A3C99041F1F9A212 | 11-21-2022 08:45:41 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |
| 10 | Info Hash: 33DEBFD16F53996E2A3BD27C4BB5E609F0943E54<br>File Hash:<br>1A5D9A40E8EA252B70883140ECA5844D396D908269D4AE083966CF481D46B7EC | 11-21-2022 05:32:30 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 11 | Info Hash: 24E9045D6E0CA4035B0D5BEE8AFD227C2F3AFFA2<br>File Hash:<br>83D4E90F31F5FA22E3F05A7B41A37BF3AF8E7F5C1E973D86002B675C5E8E5CEA | 11-21-2022 04:36:05 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 59B1A42786E8230F66EDCF4D4687672F1A0B1D8F<br>File Hash:<br>F571996C1C93998B3537A983CD60A16558C6B7A8FFFF9B5F1A9E7471C5C0B4BD | 11-21-2022 03:14:26 | Tushy | 11-13-2022 | 12-11-2022 | PA0002384758 |
| 13 | Info Hash: DD6582F97DEDFA074D227FD4169F9ABFF71C9F9B<br>File Hash:<br>3498792D84F9BC2B5CD08B4AEED92B6443D04C6BFA67050613EA9F2F11C2FE64 | 11-14-2022 23:59:27 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 14 | Info Hash: 0551AC36E4110AC04ADD7B53D1C815F60F888212<br>File Hash:<br>248490163A84E1D03F00CEA33C8BDA9C654D5CFEBC869D469BB5E47814535104 | 11-08-2022 21:15:02 | Vixen | 10-21-2022 | 11-01-2022 | PA0002378075 |
| 15 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash:<br>E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 11-08-2022 21:09:29 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 16 | Info Hash: ED1A41C10DF12572CF0495A9812266933098465C<br>File Hash:<br>5977F2647E7E0F9BF687750CD6E06A3979ABAC4D7341E9D33D37D86BC5EE11E3 | 11-08-2022 21:09:09 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 17 | Info Hash: AB062E9AEA87CEC3CCAE851F849174FA4140FFBA<br>File Hash:<br>8B534E44DDFA5362B05BD916A6EF45716B09742DBE8B68D21295A0CCC331460A | 11-08-2022 18:08:37 | Tushy | 11-06-2022 | 12-11-2022 | PA0002384747 |
| 18 | Info Hash: C5918794A3A86750324DB339455F5EDBD2782579<br>File Hash:<br>8826235EC94CBCA6DD1621B3EC7C4F5713EBEB71620194A5558C68F80922C4F2 | 11-07-2022 12:33:18 | Vixen | 10-14-2022 | 10-31-2022 | PA0002377830 |
| 19 | Info Hash: 8BA41798E33B659C6AB6BE1F5970479FC27BE064<br>File Hash:<br>918D5BEC584BD604582A22D42C1B6919C6FDE585CD60660FAF08C8A97738DF9C | 11-06-2022 21:50:59 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |
| 20 | Info Hash: 388128E50D34A2E03CCD58ABDF06E8FE7EBE2BD6<br>File Hash:<br>F2202549902BF70E29B42197CC6F0F8FA4F83AB41FCDF2DA060D7D79FF76A6D7 | 10-18-2022 21:29:26 | Tushy | 10-16-2022 | 11-27-2022 | PA0002388606 |
| 21 | Info Hash: 22E756AB10195C299D4EF6CDE019BC534B8A8E62<br>File Hash:<br>D8B6C71B397F72973249127DBAB9D350C40C2FE7C334C10F818AE8833AF48BA9 | 10-18-2022 21:27:38 | Tushy | 06-20-2018 | 08-07-2018 | PA0002132405 |
| 22 | Info Hash: 84A2DA2B5B8B40832873EAF3064B0224D3AA0A4D<br>File Hash:<br>24CF9A748B31970324ABC18B103B89AB6C07A2814A6C10ED174FE47A658CA9BF | 10-17-2022 20:46:04 | Vixen | 05-09-2019 | 06-03-2019 | PA0002178768 |
| 23 | Info Hash: 338981A824928AA763B9E3D9BDE9D25FD5AE168F<br>File Hash:<br>6D891684FA81001D494C68013471143BBC4D3997873DD9640460F3F031CF7CCA | 10-02-2022 14:16:40 | Tushy | 09-25-2022 | 10-05-2022 | PA0002373771 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 6A3CE0AE77D49868AFADF663CC22584708B74830<br>File Hash:<br>30AA183A58256F75AB47898487BDA8FB40B5748C0BE629AEC3724316CD2C05F6 | 09-22-2022 20:43:03 | Blacked Raw | 09-21-2022 | 10-05-2022 | PA0002373950 |
| 25 | Info Hash: EA8A415D6E56D1DD4B3F444CEFBEB86790AE0B11<br>File Hash:<br>E65ADFC198F21D8303A1094DD0BE8BD07040ABEBF52FAAFEDB709989FE23B706 | 09-22-2022 00:43:38 | Tushy | 09-18-2022 | 10-05-2022 | PA0002373759 |
| 26 | Info Hash: 1F7D8550A7CF45486005C2A08E9A11A2127DF2CD<br>File Hash:<br>A2658BEAC801EDCB0ADDEE3A8AC5CC029B13DB8CE7A28425074EA52CBB353260 | 09-18-2022 14:05:57 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 27 | Info Hash: B52D3FB16420124A968B40C1810E19D5AC68B720<br>File Hash:<br>D1B2D5EF7926B666D1A9D21C5D9A7043012F964B2FEEA467F90F53641511C6FF | 09-16-2022 16:52:11 | Blacked | 07-09-2018 | 08-07-2018 | PA0002131818 |
| 28 | Info Hash: 040C855A55FDB1891D0D9D6655F11D3DF0EC11F5<br>File Hash:<br>72F566FB4D1BDDF7E3087ADD2C9DF4D8431564B7602681FB07685B0A6086350C | 09-16-2022 16:14:15 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 29 | Info Hash: 42C52C418593792BC51AA3FA25382B3DAF6A53E4<br>File Hash:<br>D23B08640253FEA80830649F24C6384FC7178C86E16C875E32B0ECB7DB975DDC | 09-12-2022 15:44:15 | Blacked | 09-10-2022 | 10-05-2022 | PA0002373949 |
| 30 | Info Hash: CB385AB8D075084EBB91995D4D4266917B2B654D<br>File Hash:<br>356EB4B2673939B83F93DA890B33431F7191D2552DAF7D29393FEB426A35571C | 09-12-2022 15:39:56 | Tushy | 09-11-2022 | 10-05-2022 | PA0002373765 |
| 31 | Info Hash: 5AD99E35014BA9DA843C4B2B1F3107E596733CF3<br>File Hash:<br>3E4AD74A76806EB84025EA39AE6D00032310B40ED0954F9B58C82F4760D1073B | 09-12-2022 14:14:39 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |
| 32 | Info Hash: 0F4CEEDB8F6D27D7BFE969C594FE95F2BEED79B1<br>File Hash:<br>45EF60C61C818F4C41D4026EECBB5D2C42B4E3351E52714FE05EA5CEA09F96C9 | 09-02-2022 13:41:08 | Tushy | 05-29-2022 | 07-21-2022 | PA0002368036 |
| 33 | Info Hash: F079D269230D8FC61AFE8E4B75965FD17088D3F3<br>File Hash:<br>0F0903FFC4AC319A2E31799A78C03C8433FB3CB7FC32B887000803194A7DE328 | 08-29-2022 14:30:30 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 34 | Info Hash: D359D35875C5F32B41F0249F3A7799C24A9924E8<br>File Hash:<br>22F62BF081C26626057E0DAC33C9E8282D46787B2DE6D812884FD8BA8466B016 | 08-29-2022 14:22:07 | Vixen | 08-26-2022 | 10-05-2022 | PA0002373767 |
| 35 | Info Hash: DADEA9FF9C6F53C6973CED82CC1281025A6469D7<br>File Hash:<br>42051206257E5D242799194613603132CDD4F80FD91A76EF8DF2DB2B2D6CBFA9 | 08-22-2022 14:45:56 | Tushy | 08-21-2022 | 08-29-2022 | PA0002367745 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: B379CA68356F6D38870A8F96162D4B5D6448C473<br>File Hash:<br>F2E44ED42B0BBF5ACA2A1594C7E8DE19818325B0F7A1F1B5CE405173B5F45D31 | 08-06-2022 20:20:23 | Vixen | 08-05-2022 | 08-29-2022 | PA0002367737 |
| 37 | Info Hash: B4E2293F2A6FCBF9F8318D9EB92E0335F7291A3A<br>File Hash:<br>9A0796D14BA544A20EF62FC54DB22C7706B87EAD1028E4A992A5A6085D79B83E | 07-21-2022 20:13:31 | Slayed | 03-01-2022 | 03-04-2022 | PA0002345786 |
| 38 | Info Hash: 8D084151BC3BB0184A284913F8756A95942EC720<br>File Hash:<br>55006DE9A9044C14737EFE43D27A79D43DD51BCD53A887462B4B898E7CA1B9BD | 07-20-2022 15:39:53 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 39 | Info Hash: 588DB4C04C7B684302930EDB4957F771D6DF8AEF<br>File Hash:<br>0CF4655F724035B8B7CF9933798AE78FDB6CA1CFE0950895607B75F145E33614 | 07-17-2022 16:03:32 | Slayed | 02-22-2022 | 03-04-2022 | PA0002345461 |
| 40 | Info Hash: 5322376C98114E4A497BB4A0906E95A90887E581<br>File Hash:<br>A61043AE0B4240715F574516131782CB9CF0C5663E3FCE9D20CD69C9F3EBDF5F | 07-09-2022 16:24:58 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |
| 41 | Info Hash: E937BC820EA23A9A77339521FAC3CFE1D22C9D17<br>File Hash:<br>34F75E1C5C9014946CA14F823AD2101B5C7E53374EDFA89050A1FA15BB0B90A3 | 07-07-2022 17:38:30 | Slayed | 02-15-2022 | 03-04-2022 | PA0002345470 |
| 42 | Info Hash: 45F6A060C0966A6ADD2044D7C2A8B8875F11DBD6<br>File Hash:<br>3D77F4D4B13826631C797B1C9D39502DFD64814FE2042C88F00E6F3689EA6FEA | 06-26-2022 13:45:14 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |
| 43 | Info Hash: 280E88FC7CEB3E5E96E3E41175EAE19DBA741A70<br>File Hash:<br>9BCE1453FDBB1652779D3192C951886B4012BF5A70DD665E0BD60995EA48ADA7 | 06-14-2022 13:28:43 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 44 | Info Hash: A83F4EC5922C112BE37DAE66274D109EDB82FE84<br>File Hash:<br>FB03344F09C922C4144FE320E0D99B122B579E4D865A25EEC79FF59D08B6FCFF | 06-14-2022 13:22:13 | Vixen | 06-10-2022 | 06-27-2022 | PA0002354995 |
| 45 | Info Hash: 0A50B787832FC39767EB29F72D3F4E6424D182F3<br>File Hash:<br>D26411B49EDDAF58451E07503D85A7B8CFADF019F0B0DC7DCA6DB8F17AB4F358 | 06-06-2022 12:40:31 | Tushy | 06-05-2022 | 06-27-2022 | PA0002355037 |
| 46 | Info Hash: 93C73B5A825829137C4A089B8B21DBE1E4D85C3F<br>File Hash:<br>3AB8AFE20EF97DB25D815E3B597827F568584DCBB76D225383DF2FA14D858C40 | 05-31-2022 21:26:09 | Slayed | 12-14-2021 | 01-07-2022 | PA0002337928 |
| 47 | Info Hash: B69BF5B650F1ABF419E907FD8D52BDCE9C2A4187<br>File Hash:<br>3FA25930916E2643986F94CF66312ECB7A8B3D56DCAD8EE77945F3F70CEC6866 | 04-15-2022 20:09:21 | Slayed | 11-04-2021 | 12-03-2021 | PA0002333371 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: DEB30DA176110810CF2483DE8708B1FA1260A274<br>File Hash:<br>B9FC7342BB9868DC100E68A644E269309F993763A86136C2D6FE74E270D4C477 | 04-10-2022<br>00:00:23 | Vixen | 04-08-2022 | 05-20-2022 | PA0002350388 |
| 49 | Info Hash: 18F4375BA3D6E2D2620CB67264F0BBF49148DD7E<br>File Hash:<br>53B6F7D40BEA48925EB1ECB94B281F181F9E2A35DC6D8A67FBAA289BD5439CCD | 02-28-2022<br>21:09:39 | Tushy | 02-27-2022 | 03-29-2022 | PA0002342706 |
| 50 | Info Hash: 3D784503196D4B95F04098E2E56852F4F7D45836<br>File Hash:<br>0CA6C97E0A5152060A38ADBC585FBB30E4AB94B669792EC2D68772AF1761CF24 | 02-16-2022<br>01:52:34 | Tushy | 02-13-2022 | 03-29-2022 | PA0002342838 |
| 51 | Info Hash: 0F058C65F3232B7C21FC46A70D9A282290A70729<br>File Hash:<br>13F283614EA119F14F567A4C85407B6D90A09735B58AE12228BE7A085CB81F34 | 02-13-2022<br>21:53:50 | Vixen | 02-11-2022 | 02-14-2022 | PA0002335457 |
| 52 | Info Hash: 04D415428D0D6FBD8333BF782C3B04302F330608<br>File Hash:<br>230D8B723460AAED625E8061256C222919BA7023E4338949D6876C61DC01F139 | 02-13-2022<br>21:21:53 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 53 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash:<br>478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 02-07-2022<br>21:28:18 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 54 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash:<br>2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 02-07-2022<br>21:19:49 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 55 | Info Hash: A085B82D358EAD8FCE62902BBCF6032CB3D6B494<br>File Hash:<br>5EAE2433C94B1A694BAC5AC942AEC6F4DB4A3ECDCEEB62AC8631481C2F3AC33E | 01-12-2022<br>17:41:15 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 56 | Info Hash: 639F7366853B85815E75CEBDB046E48402E59ACD<br>File Hash:<br>837885507F3F58246EDBA7D8357B446F958E62FBDB06477F17E6ADD87F91C2D3 | 01-11-2022<br>20:02:59 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |
| 57 | Info Hash: 9E1543FF1003B36A96330F556507E44979C5DA95<br>File Hash:<br>BE9B0C5F0776C0A8009C6FA969C635377B9E276FECD044BB314FFD52B3FE0A34 | 01-09-2022<br>16:03:49 | Vixen | 01-07-2022 | 01-17-2022 | PA0002330115 |
| 58 | Info Hash: 1798C2741436D0EF0A3A44D75E816B3FDC2FC368<br>File Hash:<br>F5CD6B191A1A2DA17E59180FE67B57A65D987F2E8D46ABD9A7CBD0970C2688CF | 12-27-2021<br>21:01:38 | Tushy | 12-26-2021 | 02-03-2022 | PA0002341847 |
| 59 | Info Hash: 2BE97DFA49EF767D94E4040239C494349D409C46<br>File Hash:<br>EBECDE01923BC5F8B50C0700F6BD81D8A5DCE5C823A61C812B675ED1D9613424 | 12-23-2021<br>14:24:34 | Blacked | 01-30-2021 | 02-26-2021 | PA0002283695 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 9F60EBB81F4C2CC20B87E20A0DF8F2F146FAF3DE<br>File Hash:<br>66C17539B3EB7FD12B6862F331F6C960DB542F9885E0A225FFF373C780097FE1 | 12-23-2021 14:16:38 | Vixen | 12-17-2021 | 01-17-2022 | PA0002330110 |
| 61 | Info Hash: C42EE371002AEEA77C5452EDB31E0132A3D47B6E<br>File Hash:<br>8F86F2EA5E22176E3351BBF65BE24B9C737E9DF52772F1B0CFF2916A66F40C20 | 12-17-2021 18:20:54 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 62 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash:<br>DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7850CB200CF1E443CB | 12-10-2021 22:12:56 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 63 | Info Hash: 570ADBBB385588D27AC048E1C5E6D9D686A08A39<br>File Hash:<br>A8E31D9E099E252807F9D97CDD655513D1BB72EF0912DB7668048E3E645898F0 | 12-10-2021 17:54:15 | Tushy | 12-05-2021 | 12-09-2021 | PA0002325840 |
| 64 | Info Hash: 4665C82DE8A7CA83557C6C9FAAC5C3FB08A40868<br>File Hash:<br>28206F8C2A899D1A14BD86A5AD73A826ECD1BEE8CB59FB97471588DD54FAB5BF | 12-10-2021 17:40:44 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 65 | Info Hash: A6F189AFF3929996CFF5F25DA60AA451873C0FC4<br>File Hash:<br>5ED45691E4613CA077BCDAD75EFDC123C707B406CF072FFEE8EC062927ABCCFE | 11-29-2021 17:26:38 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |
| 66 | Info Hash: 594B1EC594576B1294B0757C21ADF7A928EB5F09<br>File Hash:<br>06257E6840E83AEEC08AEF690243152B3A076D274C00D69F63C7D37CEF2D5963 | 11-12-2021 17:36:39 | Blacked Raw | 11-08-2021 | 01-07-2022 | PA0002337933 |
| 67 | Info Hash: 5543043B03C122BB5480C1F78DA2D948BB63BEB2<br>File Hash:<br>19569E66C26C6C69F21440B061136AF8877F9F2B99F3A5AAA8FEE2D9AA380A33 | 10-18-2021 15:19:31 | Blacked | 09-02-2017 | 09-15-2017 | PA0002052847 |
| 68 | Info Hash: D5C598EFB7B8E68E9F897730B0B13CF91AFC846E<br>File Hash:<br>BB6B20B2129490D92FF518FC4C539816C6F02C3E9E8C92B7C1DB1E40E2024DD8 | 10-18-2021 15:18:22 | Vixen | 12-15-2018 | 01-22-2019 | PA0002147905 |
| 69 | Info Hash: FC155836E93B005AD1BCDB2DA2757BDE5FECA1D1<br>File Hash:<br>5B69D93C82A351A444B26BA2468126F0ED33E9C3839D094B0499B31A0BDA23C8 | 10-18-2021 15:18:21 | Blacked | 12-06-2018 | 12-18-2018 | PA0002141921 |
| 70 | Info Hash: DC6B1926E232C7DC52804E732BCD83D51A5984F7<br>File Hash:<br>7E48FDB6D03B85446C560D829DC7DC5E55FFDAE9FE72CD4FDD655E47CDDB9CF7 | 10-16-2021 02:54:20 | Tushy | 10-10-2021 | 12-03-2021 | PA0002333661 |
| 71 | Info Hash: 04D1E15B09618A4312212EDD4AA7534ABB8DCF96<br>File Hash:<br>C18729AA5F0F5446CCAD18A988F9F132B09792B82BA160F2600CCEC2F668B675 | 10-02-2021 17:41:15 | Tushy | 09-26-2021 | 10-19-2021 | PA0002317053 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 8F5305E4A5285CF5A766334ABC97D190CB1AC874<br>File Hash: 84723E9F05287A7F8EA5504E6382D15F7CBAA540619211B9334DD6B6647267BB | 10-02-2021 17:38:16 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 73 | Info Hash: 11A4E054DDCAD79D6BA40150EDD36C6EB5CC02D6<br>File Hash: A363FF7BD8EBCA77228BF857CDB02785F79E3C6A4497F1AF980A34FDE09FBFF2 | 09-22-2021 03:17:07 | Tushy | 09-19-2021 | 10-19-2021 | PA0002317058 |
| 74 | Info Hash: 1A73D8163644CA83E455669951E0582657F422E8<br>File Hash: 8BD1C16FAA5C47663ADA3CA5D2931DDD6D6FF4CFADA05F3FC545F4D565B08042 | 09-15-2021 12:29:47 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 75 | Info Hash: F6ABB3EC57F6F61E302E4DB9222EA5CB0EEDBE44<br>File Hash: 8BA6CA2A2423FDE7D4B7D075850BA1748A5CBE939DC7B56A5C348F2115327E69 | 09-15-2021 12:29:16 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 76 | Info Hash: A415A6857FC17645C0DD4F459251809AE42AF562<br>File Hash: BCB5233B1D65A9B1514D1C32F7A765BBEFEE0FAB7DA467BC9573F47FE7EC1955 | 08-29-2021 13:58:39 | Vixen | 08-27-2021 | 09-30-2021 | PA0002319735 |
| 77 | Info Hash: 3CAD7A2A0AAECF317DF61A8209EF50F816628EF9<br>File Hash: DCDC4012ECFC833DB16B30305BB12BCAEA6D97E177C4D4DDA09912E5E56A55DB | 08-09-2021 03:08:00 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 78 | Info Hash: 284C2AF40F8FC8C17644D3517CF5AB4A239FE012<br>File Hash: 3092BEA27C99E290F6F76B2A4F0B54B8080C88115B875C26AB07367E97309E04 | 07-24-2021 19:30:11 | Vixen | 01-29-2020 | 02-20-2020 | PA0002229058 |
| 79 | Info Hash: 933CF7BA44BD67D3C6670C2379984B2481DB0C96<br>File Hash: A5A09B50E27342D3068233ED2F99A8F3A689E24051C9CDCEADE309A13EA32877 | 07-24-2021 17:06:51 | Tushy | 01-01-2020 | 01-27-2020 | PA0002223953 |
| 80 | Info Hash: 53C04DAA68E7BF250DE89AA805C8700BE6EE42A4<br>File Hash: 57C7720C9C8B50A8468ECBAAC884782BEB7DC06C191AF5836EA2C55F1DE767A7 | 07-24-2021 17:00:04 | Tushy | 08-19-2018 | 09-05-2018 | PA0002134998 |
| 81 | Info Hash: 86491FC10A5128233E050F0E4AAC4809942A94A4<br>File Hash: F42ACA9A08AD5FD88857FE14B1C7F85EB40EDE50AAB0DAD7950C08601C1A1994 | 07-05-2021 18:09:07 | Vixen | 06-18-2021 | 08-20-2021 | PA0002312012 |
| 82 | Info Hash: AEA2A54A10B734C86EA9A7997223B49989896BE2<br>File Hash: 41041503E1C182A4AAAF199D41D54B74439B9907271000EF4C8CEF9F1DE3998C | 07-05-2021 18:01:29 | Tushy | 07-04-2021 | 07-08-2021 | PA0002300663 |
| 83 | Info Hash: 27338B5E987C3D802911ADA3ED99200789C6555E<br>File Hash: 82B975CC4D154F94341E7840D7EB9DC0068FD664145CF2A3B9248EB22670B654 | 07-02-2021 00:34:05 | Tushy | 06-13-2021 | 06-24-2021 | PA0002303160 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: BE759F6A958267C1A4C7E1B93F63ECB0B0EE0A46<br>File Hash:<br>4CA71F7DF19396D03CFAE2047B41EE8B846297AC0CD7DF5EB885A7BA9879C004 | 06-14-2021 00:08:40 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 85 | Info Hash: 5D0B4AD468484FBE8B14C3EDE83C0059A3B500FC<br>File Hash:<br>5D52B81B4CD702783EF137C80FCA97DEFE10239686FCA3DDA9666FA8BE103EBD | 06-07-2021 19:52:54 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 86 | Info Hash: BDD8DFE941553C738B3BB2B933B08A37F415084E<br>File Hash:<br>EA779EC9A0B89E90A68B48717EE67C11B782E39F2A183E8A503BE2AF9F448AD5 | 06-07-2021 13:48:53 | Tushy | 06-06-2021 | 06-15-2021 | PA0002296921 |
| 87 | Info Hash: A37E9DED6FFDC1AB0B1F1E3FAE29FED1AAD831B0<br>File Hash:<br>08D845E44E6C504024335E5594371172A1973617744D6A2F7E95B589D217464E | 05-27-2021 13:15:30 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |
| 88 | Info Hash: 5DD8FE251E55C661D34B4BB7AA78AB5C0175FB82<br>File Hash:<br>08EBD9746DB8A30A4CE5944E6644C6E2C778D36537203B1A1DD97685831963A0 | 05-26-2021 01:47:45 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |
| 89 | Info Hash: C06BE5AD424DEAEEF37D595614E9A58994A24D7D<br>File Hash:<br>87207896853FC7878F0A1A4855F64EAA036DFF4990658ADA4F201B5BF29BF304 | 05-19-2021 21:01:07 | Tushy | 05-02-2021 | 06-15-2021 | PA0002296917 |
| 90 | Info Hash: 32E09D6A5978F499397CCFFAB8C889951CF3BF94<br>File Hash:<br>EADF62816A0B33E9DCC505156847A93771275B747B14A6DBC5154D2ED41A2C04 | 05-19-2021 20:35:27 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 91 | Info Hash: 1EA12DE698060BF4B076361D3156F81411BFFED2<br>File Hash:<br>E5B4A6D6CBA9BF4E2EB04E8AEAE0418194B14FA2F8A53AA019EF2847FD312964 | 05-17-2021 23:52:28 | Vixen | 04-30-2021 | 06-03-2021 | PA0002299685 |
| 92 | Info Hash: 0A403C5393AF81473E00CCCA915603AF1658D067<br>File Hash:<br>8B3DE2365C94F483C7750F01139239B1FE005E0C3D56659AF2A8450DDEBB3AB4 | 05-12-2021 02:50:48 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 93 | Info Hash: E96D13E31AC3B7D665F1DF9F79FD1AD873F551C6<br>File Hash:<br>5320B61FFB147AC701E6771C9C61262B00D6B49769877513C53F9F56AB62C928 | 05-12-2021 00:36:19 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 94 | Info Hash: F68DB3DB10E9E16D769B50735050A46B86DB0A09<br>File Hash:<br>FB87A292BE7E0C7005660DF8C274EDB910B0AF4AFDE5927241BB488379A11C63 | 05-05-2021 02:36:40 | Blacked | 04-17-2021 | 06-09-2021 | PA0002295585 |
| 95 | Info Hash: E20A4EA289705EFA7E7D898B7E9C5A16F243AFA7<br>File Hash:<br>C72E82F623818F5895CDF15F9B7A008223C69396B1E16C8DC1BFEC98CC2A4269 | 05-05-2021 00:39:50 | Tushy | 04-18-2021 | 06-03-2021 | PA0002299684 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 7DC314B0DD6AE33E792CDD84E3127110CB6ABB15<br>File Hash:<br>143A618195C5205D31D7394510EF00D3D6F9159C6BBD3C485E0EE586B12F4D27 | 05-03-2021 05:06:59 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |